| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Archer, Jr., Glenn L | Ct. of Appeals Federal Circuit | 05/24/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |

| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Pl.,N.W. Washington, D.C., 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sec'y-Treas. | ████ Farms ████ Yellow Springs, W.Va. |
| 2. | Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. | Trustee | Trust #2 (See part VII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 JUN -7 A 11: 37 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. monthly | | Alaska retirement annuity |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership | University Club, Washington,DC | $ 1500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

☒  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 - E-Trade (acquired Harris Direct) | A | Int &Div | K | T | | | | | See Part VIII |
| 4. _Microsoft com | | | | | | | | | |
| 5. _Lucent com | | | | | Sell | 10/23 | | | |
| 6. _ Avaya com | | | | | Sell | 10/23 | | | |
| 7. _Cisco com | | | | | | | | | |
| 8. _Agere Sys Inc Cl A & B | | | | | Sell | 10/23 | | | |
| 9. - Altria com | | | | | Buy | 12/4 | | | |
| 10. - Lowes com | | | | | Buy | 12/4 | | | |
| 11. - Capital One Financial | | | | | Buy | 12/5 | | | |
| 12. _E-Tradet Money Market Funds | | | | | | | | | |
| 13. IRA #2 - E-Trade | A | Int & Div | K | T | | | | | |
| 14. _Cisco com | | | | | | | | | |
| 15. _Intel com | | | | | | | | | |
| 16. _Mariott com | | | | | | | | | |
| 17. _Microsoft com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. _Applied Materials com | | | | | | | | | |
| 19. _E-Trade Money Market Funds | | | | | | | | | |
| 20. E–Trade - Brokerage Acct | | | | | | | | | |
| 21. _Microsoft com | A | Dividend | J | T | | | | | |
| 22. _Md. Health & Educ Bond | A | Interest | K | T | Redemption | 3/13 | | | |
| 23. -ACM Inc Fd | A | Dividend | J | T | | | | | |
| 24. -Am Cent GNMA Fd | A | Interest | J | T | | | | | |
| 25. -Cohen & Steers REIT Fd | A | Dividend | J | T | | | | | |
| 26. Dodge & Cox Inc Fd | A | Dividend | J | T | | | | | |
| 27. -Edison International | A | Dividend | J | T | | | | | |
| 28. -Hawaiian Elec Inds | A | Dividend | J | T | | | | | |
| 29. -Hyperion Tot Rt Fd | A | Dividend | J | T | | | | | |
| 30. -Peyder & Rygel GNMA Fd | A | Dividend | J | T | | | | | |
| 31. -Rite Aid Corp | A | Dividend | J | T | | | | | |
| 32. -Southern Co | A | Dividend | J | T | | | | | |
| 33. -Vanguard GNMA Fd | A | Interest | J | T | | | | | |
| 34. -Wachovia Pref Series A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -US Treas Bond 11/15/21 | A | Interest | J | T | | | | | |
| 36. _E-Trade Money Market Funds | C | Interest | M | T | | | | | |
| 37. Trust #1 (JEWL Tr) at E-Trade | D | Int & Div | M | T | | | | | |
| 38. _Alliance Bernstein–com ( formerly Alliance Cap Mgmt ) | | | | | Reorg | 2/27 | | | |
| 39. _Amazon com | | | | | Sell | | | | See Part VIII |
| 40. _AT&T com | | | | | Sell | 10/23 | | | |
| 41. _Barnes & Noble com | | | | | Sell | 10/23 | | | |
| 42. _Borders com | | | | | Sell | 10/23 | | | |
| 43. _American El Power com | | | | | | | | | |
| 44. _Cisco com | | | | | | | | | |
| 45. _Intel com | | | | | | | | | |
| 46. _Equity One com | | | | | | | | | |
| 47. _Microsoft com | | | | | | | | | |
| 48. _Pfizer com | | | | | | | | | |
| 49. E-Trade Money Market Funds | | | | | | | | | |
| 50. _Gamestop Corp comB | | | | | Sell | 10/23 | | | |
| 51. _Comcast com | | | | | Sell | 10/23 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Property -Fawnskin, Ca | | None | N | W | | | | | |
| 53. Real Property - Las Vegas, NV | B | Rent | L | R | | | | | |
| 54. Trust #2 -at E-Trade | D | Int & Div | N | T | | | | | |
| 55. E-Trade Money Market Funds | | | | | | | | | |
| 56. _Household Fin Bonds 15Nov06 | | | | | R$edemption | 11/15 | | | |
| 57. _Baltimore Md Port Bond 1Dec10 | | | | | | | | | |
| 58. _Queen Annes Co Md Scl Bonds 15Jan13 | | | | | | | | | |
| 59. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 60. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 61. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 62. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 63. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 64. _St Marys Coll Md Bonds 1Sept20 | | | | | | | | | |
| 65. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 66. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 67. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 68. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $6,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. _St Marys Coll Md Bonds 1Sept27 | | | | | | | | | |
| 70. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 71. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 72. _Md St Hlth Hef Bonds 1Jan33 | | | | | | | | | |
| 73. _Bank of America com | | | | | | | | | |
| 74. _Constellation Energy com | | | | | | | | | |
| 75. _Carramerica Realty com | | | | | sell | 7/14 | | | |
| 76. _Dominion Resources com | | | | | | | | | |
| 77. _FPL Group com | | | | | | | | | |
| 78. _Hospitality Pptys Trust com | | | | | | | | | |
| 79. _Host Marriott Corp com | | | | | | | | | |
| 80. _K Mart com | | | | | | | | | |
| 81. _Mills Corp com | | | | | | | | | |
| 82. _Mirant Corp com | | | | | | | | | |
| 83. _McDonalds com | | | | | | | | | |
| 84. _Scana Corp com | | | | | | | | | |
| 85. _Verizon com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$26,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. _Zimmer Holdings com | | | | | | | | | |
| 87. _Wal-Mart com | | | | | | | | | |
| 88. _Westar Energy com | | | | | | | | | |
| 89. Trust #2 cont'd - (Not in E-Trade Acct) | | | | | | | | | |
| 90. -Real Property Norton Co Ks | D | Rent & Rlty | M | W | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. E-Trade Financial acquired Harris Direct in Jan of 2006.

2. Amazon stock apparently sold in an earlier year and inadvertently carried over into 2006, It has been noted as sold without a date on this report.

# FINANCIAL DISCLOSURE REPORT
## Page 11 of 11

Name of Person Reporting

Archer, Jr., Glenn L

Date of Report

05/24/2007

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _5/25/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544